**Jon Reed TOLLEFSON,**
**Plaintiff–Appellant**

v.

**Debbie KLEVEN, individually and in her official capacity as a North Dakota State District Judge and employee; Does 1–20, inclusive, Defendants–Appellees.**

---

DeAnn Marie Pladson; Ralph Erickson, Judge; Mary Maring, Surrogate Justice Movants.

No. 14–2539.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 3, 2014.

Filed: Dec. 8, 2014.

Jon Reed Tollefson, Detroit Lakes, MN, pro se.

Douglas Alan Bahr, Solicitor, Attorney General's Office, Bismarck, ND, for Defendants–Appellees.

Before GRUENDER, BENTON, KELLY, Circuit Judges.

PER CURIAM.

Jon Tollefson appeals the district court's[1] dismissal of his civil rights complaint. Upon careful review of the record and the parties' arguments on appeal, *see Olympus Ins. Co. v. AON Benfield, Inc.,* 711 F.3d 894, 897 (8th Cir.2013) (de novo review of dismissal for failure to state claim), we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Tollefson's pending motion.

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota, sitting by designation in the District of North Dakota.